IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TEREZE L. FENDERSON,

 Petitioner,

v.

UNITED STATES OF AMERICA,

 Respondent.

Case No. 22-CV-02397-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

 **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 6, 2023 (Doc. 5), this action is **DISMISSED with prejudice**.

**DATED: November 15, 2023**

            MONICA A. STUMP,
            Clerk of Court


            By: *s/ Jackie Muckensturm*
              Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
       STEPHEN P. MCGLYNN
       U.S. District Judge